28

From: The District Court of the Eighth Judicial District. County of Cascade.

STATE OF MONTANA, Plaintiff, vs. JACK THOMAS LaMERE, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of five years, imposed on May 3, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) No change be made in the sentence heretofore imposed.

The reason for the above decision: Lack of evidence warranting any reduction in sentence, by reason of his prior record and very recent incarceration.

DATED this 27th day of June, 1968.

## SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.

From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. WILLIAM EDWARD LOVE, Defendant.

## DECISION

The application of the above-named defendant for a review of the sentence of ten years, imposed on May 26, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) No change be made in the sentence heretofore imposed.

The reason for the above decision: Insufficient evidence in the opinion of this Board to warrant any reduction of sentence herein particularly by reason of his very extensive prior record.

DATED this 27th day of June, 1968.

## SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.